**SO ORDERED.**

**SIGNED this 28th day of February, 2025.**



*Christopher G. Bradley*

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Carlos Chavira-Rodriguez | § | Case No. 24-31152-cgb |
| Lucila Ochoa Cabrera, | § | |
| | § | |
| Debtors | § | Chapter 7 |

### Order Granting Motion to Vacate and Set Aside the Order of Discharge

On this day came on to be considered the Trustee's Motion to Vacate and Set Aside the Order of Discharge. After considering the Motion and the docket, the Court is of the opinion that the Trustee's Motion should be granted.

IT IS, THEREFORE, ORDERED that the Trustee's Motion to Vacate and Set Aside the Order of Discharge is granted.

IT IS FURTHER ORDERED that the February 6, 2025 Order of Discharge, docket number 40, is vacated and set aside.

# # #

1

Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

